IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC.<br><br>Plaintiff,<br><br>v.<br><br>ENDO PHARMACEUTICALS INC., *et al.*,<br><br>Defendants. | Civil Action No. 14-cv-02289 |

**JOINT STIPULATION OF DISMISSAL OF CERTAIN DEFENDANT**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, PHYSICIANS HEALTHSOURCE, INC., and Defendants, ENDO PHARMACEUTICALS INC., ENDO PHARMACEUTICALS SOLUTIONS INC., ENDO PARMACEUTICALS VALERA INC., ENDO HEALTH SOLUTIONS INC., ENDO PHARMA LLC, ENDOPHARMA, INC. and ENDO PHARMA DELAWARE INC., through their undersigned attorneys, hereby stipulate to the dismissal of Defendant ENDOPHARMA, INC. without prejudice, each party to bear its own costs. The case remains against all other Defendants.

Dated: September 28, 2017                                                    Respectfully submitted,

ANDERSON + WANCA                                                        DRINKER BIDDLE & REATH LLP

By: Ryan M. Kelly                                                                 s/William M. Connolly
Ryan M. Kelly (*pro hac vice*)                                            William M. Connolly
Brian J. Wanca (*pro hac vice*)                                          Seamus C. Duffy
3701 Algonquin Road, Suite 500                                       Meredith C. Slawe
Rolling Meadows, IL 60008                                              One Logan Square, Suite 2000
Telephone:  847-368-1500                                                Philadelphia, PA 19103
Facsimile:   847-368-1501                                                 Tel:  215-988-2700
rkelly@andersonwanca.com                                            Fax:  215-988-2757
bwanca@andersonwanca.com                                        william.connolly@dbr.com
                                                                                            *Attorneys for Defendants*

Ann M. Caldwell
CALDWELL LAW OFFICE LLC
108 W. Willow Grove Ave., Suite 300
Philadelphia, PA  19188
Tel:  215-248-2030
Fax:  215-248-2031
acaldwell@classactlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

s/ _____