IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC.<br><br>Plaintiff,<br><br>v.<br><br>ENDO PHARMACEUTICALS INC., *et al.*,<br><br>Defendants. | Civil Action No. 14-cv-02289 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, Physicians Healthsource, Inc., and Defendants, Endo Pharmaceuticals Inc., Endo Pharmaceuticals Solutions Inc., Endo Pharmaceuticals Valera Inc., Endo Health Solutions Inc., Endo Pharma LLC and Endo Pharma Delaware Inc. through their undersigned attorneys, hereby stipulate to the dismissal of this action without prejudice. Each party to bear its own costs and fees.

Dated: October 19, 2018

Respectfully submitted,

/s/ Brian J. Wanca
Brian J. Wanca
Ross M. Good
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Tel: 847-368-1500
Fax: 847-368-1501
bwanca@andersonwanca.com

Ann M. Caldwell
CALDWELL LAW OFFICE LLC
108 W. Willow Grove Avenue, Suite 300
Philadelphia, PA 19118

        Tel:  215-248-2030
        Fax:  215-248-2031
        acaldwell@classactlaw.com

*Attorneys for Plaintiff*

/s/ William M. Connolly (with permission)
William M. Connolly
Meredith C. Slawe
John S. Yi
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Tel:  215-988-2700
Fax:  215-988-2757
william.connolly@dbr.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

        s/ Brian J. Wanca