IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., <br> Plaintiff, <br> v. <br><br> ENDO PHARMACEUTICALS, *et al.*, <br> Defendants. | CIVIL ACTION NO. 14-2289 |

## ORDER

**AND NOW**, this 22nd day of October 2018, upon review of the Joint Stipulation of Dismissal [Doc. No. 81], it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.